

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00438-CV

**SHOPOFF ADVISORS, LP**,
Appellant

v.

**FIRST AMERICAN TITLE CO.,** Atrium Circle, GP, Atrium Winn, LLC, Atrium Kavoian, LLC Copperfield Square, Copperfield Winn, LLC, Copperfield Kavoian, LLC, Imperial Airport, Imperial Winn, LLC, Imperial Kavoian, LLC, Crystal Springs Partners, LLC, Commerce Office Park – One LP, and Universal Square, LP,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00676
The Honorable Peter Sakai, Judge Presiding

# O R D E R

Appellee's motion for extension of time is GRANTED. Appellee's brief is due October 9, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court